GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant
National Consumer Telecom & Utilities
Exchange, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY MANNING, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES LLC; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., and CLARITY SERVICES, INC., <br><br> Defendants. | Case No. 2:25-cv-00597-JAD-MDC <br><br> **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S TO FILE ANSWER** <br><br> **FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Equifax's time to answer, move or otherwise respond to the Complaint in this action is extended from May 1, 2025 through and including **May 30, 2025**. The request was made by Equifax so that it can have an opportunity to

//

1  collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff
2  approves. This stipulation is filed in good faith and not intended to cause delay.

   Respectfully submitted, this 30th day of April, 2025.

| CLARK HILL PLLC | **No opposition** |
|---|---|
| By: /s/*Gia N. Marina* | /s/ *Gerardo Avalos* |
| Gia N, Marina | George Haines, Esq. |
| 1700 South Pavilion Center Drive, Suite 500 | Nevada Bar No. 9411 |
| Las Vegas, Nevada 89135 | Gerardo Avalos |
| Telephone: (702) 862-8300 | Nevada Bar No. 15171 |
| Facsimile: (702) 778-9709 | FREEDOM LAW GROUP |
| Email: gmarina@clarkhill.com | 8985 S. Eastern Ave., Suite 350 |
| *Attorney for Defendant National Consumer Telecom & Utilities Exchange, Inc.* | Henderson, NV 89123 |
|  | Phone: (702) 880-5554 |
|  | Fax: (702) 385-5518 |
|  | Email: ghaines@freedomlegalteam.com |
|  | Email: gavalos@freedomlegalteam.com |
|  | *Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED: 5/1/2025